No. 1302, Misc. TUCKER, AKA WHEATLEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Louis V. Mangrum* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 1303, Misc. SCHACK v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 1304, Misc. HARRISON v. COINER, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 1306, Misc. WILLIAMS v. NELSON, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 1307, Misc. NEWSOME v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1308, Misc. SCHACK v. STARR. C. A. 5th Cir. Certiorari denied.

No. 1324, Misc. GOSSER v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied. *Lawrence M. Perskie* for petitioner. *William J. Hughes* and *James A. O'Neill* for respondent.

No. 1330, Misc. GRAY v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1340, Misc. GRAVES v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Warren E. Magee* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.